# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE BAKER,<br><br>        Plaintiff,<br><br>v.<br><br>E. BEAM, et al.,<br><br>        Defendants. | Case No.: 1:16-cv-01737-AWI-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUESTS FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT<br>(ECF Nos. 21, 23)<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Mike Baker ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court are Plaintiff's requests for a 30-day extension of time to file his second amended complaint. (ECF Nos. 21, 23.) In support, Plaintiff states that his complaint is drafted, but he requires additional time for copying due to the recent library closures. Plaintiff states that this will be his final request for an extension of time.

Good cause being shown, Plaintiffs' request is GRANTED. Plaintiff's second amended complaint shall be filed on or before **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

Dated: __**September 11, 2017**__      /s/ *Barbara A. McAuliffe*
                                                   UNITED STATES MAGISTRATE JUDGE