UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| MICHAEL BAKER, | Case No. 1:16-cv-01737-AWI-BAM (PC) |
| --- | --- |
| Plaintiff, | |
| | ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT MICHAEL BAKER, CDCR # K-76592, PLAINTIFF |
| v. | |
| E. BEAM, et al., | |
| | DATE: November 8, 2019 |
| Defendants. | TIME: 8:30 a.m. |

MICHAEL BAKER, inmate, CDCR # K-76592, a necessary and material witness on his own behalf in a settlement conference in this case on November 8, 2019, is confined at Mule Creek State Prison, 4001 Highway 104, Ione, CA 95640, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate at California State Prison, Corcoran, 4001 King Avenue, Corcoran, CA 93212 on November 8, 2019, at 8:30 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **along with any necessary legal property**, to testify before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of Mule Creek State Prison**

**WE COMMAND** you to produce the inmate named above, **along with any necessary legal property**, to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **October 8, 2019**        /s/ *Barbara A. McAuliffe*
                        UNITED STATES MAGISTRATE JUDGE

