# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE BAKER,<br><br>    Plaintiff,<br><br>v.<br><br>E. BEAM, et al.,<br><br>    Defendants. | Case No. 1:16-cv-01737-AWI-BAM (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE MICHAEL BAKER, CDCR # K-76592 |

Plaintiff Mike Baker is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter commenced on November 8, 2019. Inmate Michael Baker, CDCR # K-76592 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **November 8, 2019**

UNITED STATES MAGISTRATE JUDGE

1