# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE BAKER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BEAM, *et al.*,<br><br>　　　　Defendants. | Case No. 1:16-cv-01737-AWI-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S UNOPPOSED REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE<br><br>(ECF No. 67) |

Plaintiff Mike Baker ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. This action proceeds on Plaintiff's second amended complaint against: (1) Defendants Vogel, Caldwell, and Cervantes for deliberate indifference in violation of the Eighth Amendment; (2) Defendants Vasquez, Vogel, Beam, Cuevas, Caldwell, Cervantes, Huerta, Benevidas, Goree, Cribbs, Diaz, Jarvis, and Pacillas for retaliation in violation of the First Amendment; (3) Defendants Vasquez, Vogel, Beam, Cuevas, Caldwell, Cervantes, Huerta, and Benevidas for conspiracy; (4) Defendants Vogel, Beam, Cuevas, Caldwell, Cervantes, Huerta, and Benevidas for denial of access to the courts in violation of the First and Fourteenth Amendments; (5) Defendants Vogel, Beam, Cuevas, Caldwell, Cervantes, Huerta, and Benevidas for a state law claim for property deprivation; (6) Defendants Beam, Huerta, and Benevidas for violation of California Civil Code § 52.1; (7) Defendant Vogel for a state law claim of intentional infliction of emotional distress; and (8) Defendants Vogel, Caldwell, and Cervantes for a state law claim for negligent infliction of emotional distress.

1 On March 22, 2021, Plaintiff filed a "Motion to Dismiss All Claims Without Prejudice,"
2 stating that he is voluntarily dismissing all claims remaining and requesting that the Court order
3 this action dismissed without prejudice. (ECF No. 67.) The same date, Defendants filed a
4 statement of non-opposition to Plaintiff's motion and to the dismissal of this action without
5 prejudice. (ECF No. 68.)

Pursuant to Federal Rule of Civil Procedure 41(a)(2), and in light of Defendants' statement of non-opposition, the Court finds the terms of the dismissal proper.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion to dismiss all claims without prejudice, (ECF No. 67), is granted;
2. This action is dismissed without prejudice; and
3. The Clerk of the Court is directed to terminate all pending motions and deadlines and close this case.

IT IS SO ORDERED.

Dated: __March 23, 2021__                          _____
                                                    SENIOR DISTRICT JUDGE